IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
SCOTT N. JOHNSON,              )
                               )   2:06-cv-1090-GEB-EFB
            Plaintiff,         )
                               )   ORDER
     v.                        )
                               )
BENITO MURILLO; and DOES 1     )
through 10, inclusive,         )
                               )
            Defendants.        )
_____)
```

       Since the Joint Status Report ("JSR") filed August 29, 2006, reveals that Defendant Benito Murillo is representing himself in this action, this action is referred to the Magistrate Judge under Local Rule 72-302(c)(21).  Therefore, the Status (Pretrial Scheduling) Conference scheduled for September 11, 2006, is vacated.

       IT IS SO ORDERED.

Dated:  August 31, 2006

                                /s/ Garland E. Burrell, Jr.
                                GARLAND E. BURRELL, JR.
                                United States District Judge